**YOU & ASSOCIATES**
ATTORNEYS AT LAW

**MEMO ENDORSED**

> Conference Adjourned until 9/28/07 at 9:15 A.M.
>
> SO ORDERED:
> Date: 8/27/07
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

August 24, 2007

Honorable Judge Berman
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, NY 10007

07 CIV. 6470

Re:   Adjournment of Initial Pre-Trial Conference

Dear Honorable Judge Berman:

      Respondents, through undersigned counsel, hereby requests an adjournment of the initial pre-trial conference scheduled for August 28, 2007.   In support thereof, respondent states the following:

1. Respondents filed the Complaint on July 17, 2007 at the U.S. District Court Southern District of New York.
2. U.S. Attorney General's office has until September 18, 2007 to file an Answer.
3. U.S. Attorney General's office has yet to file an Answer.
4. Respondents' will file an amended complaint shortly.
5. As a result, counsel seeks a thirty (30) day extension of time in order to file the amended complaint and wait for U.S. Attorney General Office to file an answer.
6. This is the first request for an adjournment by counsel.
7. The U.S. Attorney General Office was contacted today, and we are waiting for a reply to this adjournment request.

Respectfully submitted this 24th day of August, 2007.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

Justin You
Attorney-at-Law
You & Associates
130 W. 42nd Street, Suite 702
New York, NY 10036
(212) 630-2608
(212) 504-8249 (FAX)