UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeongran Lee et. al,

-   against   -

07CV6470.RMB.ECF.Case

MOTION TO ADMIT COUNSEL
PRO HAC VICE

Alberto Gonzales, et. al.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and

Eastern Districts of New York, I Justin J. You, a member in good standing of the bar of this Court, hereby

move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Sae-Jung (Katie) Lee |
| Firm Name: | You & Associates |
| Address: | 130 W. 42nd Street, Suite 702 |
| City/State/Zip: | New York, NY 10036 |
| Phone Number: | 212.630.2608 |
| Fax Number: | 212.504.8249 |

Sae-Jung (Katie) Lee is a member in good standing of the Bar of the States of

Connecticut

There is no pending disciplinary proceeding against Sae-Jung (Katie) Lee in any State or Federal court.

Dated:   September 26, 2007

City, State:      New York, NY

Respectfully submitted,

Justin J. You
JY4603
You & Associates
130 W. 42nd Street
New York, NY 10036
212.630.2608
212.504.8249

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeongran Lee et. al,

-    against -                                    07CV6470.RMB.ECF.Case

                                                 **AFFIDAVIT OF JUSTIN J.
                                                 YOU IN SUPPORT OF
                                                 MOTION TO ADMIT
                                                 COUNSEL PRO HAC VICE**

Alberto Gonzales, et. al.

Justin J. You, being duly sworn, hereby deposes and says as follows:

1.      I am of Counsel at You & Associates, counsel for Plaintiff in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Sae-Jung (Katie) Lee as counsel pro hac vice to represent Plaintiff in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2004.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Sae-Jung (Katie) Lee since 2007.

4.      Sae-Jung (Katie) Lee is an associate at You & Associates, in New York, New York.

5.      I have found Sae-Jung (Katie) Lee to be a skilled attorney and a person of integrity.  She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.      Accordingly, I am pleased to move the admission of Sae-Jung (Katie) Lee, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Sae-Jung (Katie) Lee, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Sae-Jung (Katie) Lee, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:   September 26, 2007

City, State:      New York, NY

Notarized:

                                                 Respectfully submitted,

Swarn To before me
Tedsy  9/26/07

                                                 Justin J. You
                                                 JY4603

Jorge W. Moreira
NO. 02M04851021
Qualified in New York County
Commission Expires
Nov. 30, 2009



# State of Connecticut
## Supreme Court

*I, **Michéle T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

Do hereby certify *that, in the* ~~Supreme~~ *Court at*    **Hartford**

*on the*    **eleventh**    *, day of*    **June**

2007

### Sae-Jung Lee

*of*

### Flushing, New York

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.*

In Testimony Whereof, *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this*    **eleventh**    *day of*    **September**    *. 20* **07** .

*Michéle T. Angers*

**Michéle T. Angers**

*Chief Clerk*



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Jeongran Lee et. al,**

-    against -                                              **07CV6470.RMB.ECF.Case**

                                                           **ORDER FOR ADMISSION PRO**
                                                           **HAC VICE ON WRITTEN**
                                                           **MOTION**

**Alberto Gonzales, et. al.**

Upon the motion of Justin J. You attorney for Jeongran Lee, et.al, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sae-Jung (Katie) Lee |
| Firm Name: | You & Associates |
| Address: | 130 W. 42nd Street, Suite 702 |
| City/State/Zip: | New York, NY 10036 |
| Phone Number: | 212.630.2608 |
| Fax Number: | 212.504.8249 |

is admitted to practice pro hac vice as counsel for Jeongran Lee, et. al., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:    September 25, 2007
City, State:      New York, NY

_____

United States District/Magistrate Judge

## PROOF OF SERVICE

I, Justin J. You, declare as follows:

I am a member of the bar of this Court, I am over the age of eighteen years, am not a party to the within action.

On this day, I served one copy of the foregoing Motion to Admit Counsel Pro Hac Vice, Affidavit of Justin J. You In Support of Motion to Admit Pro Hac Vice, and Order For Admission Pro Hac Vice on Written Motion on the following manner indicated:

## PERSONAL DELIVERY

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Dated: September 26, 2007
City, State:    New York, NY

Justin J. You