RECEIVED
SEP 27 2007
RICHARD M. BERMAN
U.S.D.J.

**MEMO ENDORSED**

YOU & ASSOCIATES
ATTORNEYS AT LAW

> Adjourned (Final) to 11/1/07 @ 9:15 A.M.
>
> SO ORDERED:
> Date: 9/27/07    Richard M. Berman
> Richard M. Berman, U.S.D.J.

September 27, 2007

Honorable Judge Berman
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, NY 10007

    Re:    Adjournment of Initial Pre-Trial Conference
           07CV6470.RMB.ECF Case

Dear Honorable Judge Berman:

    Respondents, through undersigned counsel, hereby requests an adjournment of the initial pre-trial conference scheduled for September 27, 2007. In support thereof, respondent states the following:

1. Respondents filed an Amended Complaint on September 10, 2007 at the U.S. District Court Southern District of New York.
2. Respondents filed the Amended Complaint on ECF as instructed by the Court.
3. The U.S. Attorney General's office had ten (10) days after the filing of the Amended Complaint to file an Answer.
4. The U.S. Attorney General's office has yet to file an Answer.
5. As a result, counsel seeks one (1) more adjournment for thirty (30) days.
6. Furthermore, counsels request additional time for preparation.
7. This is the second request for an adjournment by counsel.
8. The U.S. Attorney General's office was contacted several times today to no avail.

Respectfully submitted this 27th day of September, 2007.

                                                  Justin J. You
                                                Attorney-at-Law
                                                You & Associates
                                                130 W. 42nd Street, Suite 702
                                                New York, NY 10036
                                                (212) 630-2608

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07