USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/01/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeongran Lee et. al,

- against -

07CV6470.RMB.ECF.Case

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Alberto Gonzales, et. al.

Upon the motion of Justin J. You attorney for Jeongran Lee, et.al, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sae-Jung (Katie) Lee |
| Firm Name: | You & Associates |
| Address: | 130 W. 42nd Street, Suite 702 |
| City/State/Zip: | New York, NY 10036 |
| Phone Number: | 212.630.2608 |
| Fax Number: | 212.504.8249 |

is admitted to practice pro hac vice as counsel for Jeongran Lee, et. al., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: ~~September 25, 2007~~
City, State:    New York, NY





United States District/Magistrate Judge