AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

San Joo (A96-148-950); Hyojin Noh (A96-148-951)
Meesol Noh (A96-148-952); Seoung Sun Bang (A097-156-335)
Gi Eun Chung (A097-156-334); Hee Eun Chung (A097-972-935);
Ha Eun Chung (A097-972-934); Jeong Ran Lee (A098-417-063)

V.

Alberto R. Gonzales, US Attiorney General;

Michael Chertoff, Secretary of DHS;

Emilio T. Gonzalez, Director of USCIS;

Paul Novak, Jr., District Director, Vermont Service Center

Gerard Heinauer, District Director, Nebraska Service Center

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 6470**

**Judge Berman**

TO: (Name and address of Defendant)

Alberto R. Gonzales, US Attorney General; US Department of Justice; 950 Pennsylvania, NW Washington, DC 20530

Michael Chertoff, Secretary of the Department of Homeland Security, Washington, DC 20528

Emilio T. Gonzalez, Director of USCIS, Office of the General Counsel, U.S. Department of Homeland Security, Washington, DC 20528

Paul Novak, Jr. District Director, Vermont Service Center, Office of the General Counsel, U.S. Department of Homeland Security, Washington, DC 20527; Gerard Heinauer, District Director, Nebraska Service Center, Office of the General Counsel, U.S. Department of Homeland Security, Washington, DC 20525

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Justin Jae You, Esq.
You & Associates
130 W 42nd Street, Suite 702
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Marcos Quintero* (signature)

(By) DEPUTY CLERK

DATE: JUL 1 7 2007

Format m/d/yyyy

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/26/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sae-Jung (Katie) Lee | Attorney-at-law |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   Served by Certified mail with return receipt(s) requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/26/07
            Date            Signature of Server

130 W 42nd St., Suite 702, New York, NY 10036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.