JUSTIN J. YOU
YOU & ASSOCIATES
130 W. 42nd Street, Suite 702
New York, NY 10036
Tel: (212) 620-2608
Fax: (212) 504-8249
Email: office@eminlife.com

**Attorney for Petitioners**

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
Jeongran Lee; Seoung Sun Bang; Hee Eun
Chung; Gi Eun Chung; Ha Eun Chung;
San Joo; Hyojin Noh; Meesol Noh,

            Plaintiffs-Petitioners,

    v.                                MOTION TO
                                 WITHDRAW
PETER D. KEISLER[1], in his official capacity as   COMPLAINT &
Acting Attorney General of the United States;    AMENDED COMPLAINT
MICHAEL CHERTOFF, in his official capacity   WITHOUT PREJUDICE
as Secretary of the U.S. Department of Homeland
Security; EMILIO T. GONZALEZ, in his official   Civil No.: 07CV6470 RMB
Capacity as Director of U.S. Citizenship and
Immigration Services; PAUL NOVAK, Jr., as
District Director of Vermont Service Center;
F. GERARD HEINAUER, District Director
of Vermont Service Center,

            Defendants-Respondents.
----------------------------------------------------------------X



PLAINTIFFS MOTION TO WITHDRAW COMPLAINT AND AMENDED
COMPLAINT WITHOUT PREJUDICE

---

[1] Peter D. Keisler is the currently the Acting Attorney General. We have substituted him for Alberto R. Gonzales, previous holder of that office, as the respondent. *See* Fed. R.App. P. 43(c)(2).

NOTICE OF WITHDRAWAL OF COMPLAINT AND AMENDED COMPLAINT - 1

    Respondents, through undersigned counsel, hereby request the Withdrawal of Complaint and Amended Complaint Without Prejudice. Counsel has discussed this matter with Government counsel, F. James Loprest, Jr. and there is no opposition to the Withdrawal of this Complaint and Amended Complaint *Without* Prejudice, and the possible re-filing of this action. Counsel requests the reservation to possibly re-file the case considering there is no substantial prejudice to the Defendants. Government counsel has stated he has no objections to this. Further, Government counsel acquiesces to the withdrawal of the defenses of insufficient service and lack of personal jurisdiction based on the Complaint and First Amended Complaint.

Dated: New York, NY
Submitted: October 30, 2007

        Respectfully submitted,
        You & Associates

        By:   Justin J. You, Esq.

        You & Associates
        130 W. 42nd Street, Suite 702
        New York, NY 10036
        Tel: 212.630.2608
        Fax: 212.504.8249

cc:   BY FACSIMILE
      AND FEDERAL EXPRESS

F. James Loprest, Jr.
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007

*Clerk to close this case*

**SO ORDERED:**

*RMB*
———————
U.S.D.J.
10/31/07

NOTICE OF WITHDRAWAL OF COMPLAINT AND AMENDED COMPLAINT – 2

CERTIFICATE OF SERVICE

      I hereby certify that on __30__ day of October, 2007, I served a true and correct copy of the within and foregoing document upon the attorney named below in the manner noted:

F. James Loprest, Jr.
U.S. ATTORNEY'S OFFICE, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007

   ✓   By Federal Express Standard Overnight & Facsimile

_____
Justin J. You

NOTICE OF WITHDRAWAL OF COMPLAINT AND AMENDED COMPLAINT – 3